J-A25035-16

2017 PA Super 10

| JEFFREY HIGH, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellant | |
| v. | |
| PENNSY SUPPLY, INC., | |
| v. | |
| CHARLES W. HIGH, II, | No. 411 MDA 2016 |

Appeal from the Order Entered February 18, 2016
In the Court of Common Pleas of Dauphin County
Civil Division at No(s): 2013-CV-6181-CV, 2013-CV-6206-CV

| CHARLES W. HIGH, II, | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellant | |
| v. | |
| PENNSY SUPPLY, INC., | |
| v. | |
| JEFFREY HIGH, | No. 416 MDA 2016 |

Appeal from the Order Entered February 18, 2016
In the Court of Common Pleas of Dauphin County
Civil Division at No(s): 2013-CV-6181-CV, 2013-CV-6206-CV

BEFORE:  FORD ELLIOTT, P.J.E., SHOGAN, J., and STEVENS, P.J.E.[*]

---

[*]  Former Justice specially assigned to the Superior Court.

CONCURRING AND DISSENTING OPINION BY SHOGAN, J.:

**FILED JANUARY 13, 2017**

I am of the opinion that ***Tincher v. Omega Flex, Inc.***, 104 A.3d 328, 336 (Pa. 2014), a design defect case, did not preclude the trial court from granting summary judgment in this "wet concrete" case. Indeed, our Supreme Court explicitly limited its decision "to the context of a 'design defect' claim." ***Id***. at 384 n.21. However, I agree with the learned Majority that at least Jeffrey High arguably raises a strict liability claim "under the theory that the concrete delivered was defective as Pennsy Supply failed to adequately warn [the High brothers] of the inherent danger of concrete to cause severe burns."[1] Majority Opinion at 20. Thus, if the underlying claim is construed as a failure to warn, I agree that summary judgment should not have been granted under the current state of the law. ***See Phillips v. A-Best Products Co.***, 665 A.2d 1167, 1171 (Pa. 1995) (recognizing that a deficient warning to the user regarding the dangers inherent in the product can make a product defective).

---

[1] A plaintiff is permitted to proceed under more than one defect theory. ***Barton v. Lowe's Home Centers, Inc.***, 124 A.3d 349, 355 (Pa. Super. 2015).